UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

OFF-WHITE LLC,

       Plaintiff,

  -v-                                              No.  20-CV-7892  LTS

ANOGAR-32, et al.,

       Defendants.

--------------------------------------------------------x

## ORDER

       Pursuant to section VII(A) of this Court's Temporary Restraining Order dated September 29, 2020, the Clerk for Court is respectfully directed to unseal this action, as well as all filings made in this action.

       SO ORDERED.

Dated: New York, New York
       October 13, 2020

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  United States District Judge