UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

OFF-WHITE LLC,

       Plaintiff,

  -v-                                          No.  20-CV-7892  LTS

ANOGAR-32, et al.,

       Defendants.

-------------------------------------------------------x

OFF-WHITE LLC,

       Plaintiff,

  -v-                                          No.  20-CV-7894  LTS

BEIJING YINYU TRADING CO., LTD, et al.,

       Defendants.

-------------------------------------------------------x

## ORDER

A telephonic conference was held today in the above-captioned matters, at which Plaintiff appeared by counsel.  There was no appearance for Defendants, who Plaintiff reports were served (with the exception of Defendant GHH11 STORE, in Case No. 20-CV-7894) on October 14, 2020, with the summons, complaint, and Temporary Restraining Order dated September 29, 2020, as well as the Court's October 13, 2020, orders extending the Temporary Restraining Order (Docket Entry Nos. 7, 20 in Case No. 20-CV-7892; Docket Entry Nos. 21, 23 in Case No. 20-CV-7894; and together the "TRO Orders").

Plaintiff's request to extend the provisions of the TRO Orders is granted (except as to Defendant GHH11 STORE, in Case No. 20-CV-7894, as to which it is denied), through the resolution of Plaintiff's motions for preliminary injunction.

Except to the extent provided in the preceding sentence, the TRO Orders remain in effect pending resolution of the motions for preliminary injunction.

Plaintiff is directed to serve a copy of this Order on Defendants, and to file proof of such service.

SO ORDERED.

Dated: New York, New York
      October 27, 2020

      /s/ Laura Taylor Swain
      LAURA TAYLOR SWAIN
      United States District Judge