UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

OFF-WHITE LLC,

       Plaintiff,

  -v-                                                   No.  20-CV-7892  LTS

ANOGAR-32, et al.,

       Defendants.

---------------------------------------------------------x

OFF-WHITE LLC,

       Plaintiff,

  -v-                                                   No.  20-CV-7894  LTS

BEIJING YINYU TRADING CO., LTD, et al.,

       Defendants.

---------------------------------------------------------x

## ORDER

The Court held a telephonic hearing this day on Plaintiff's motions for preliminary injunctions in the above-captioned cases.  Representatives from Defendants topshopping-18 (which was named in Case No. 20-CV-7892 but dismissed by Order of the Court, see Docket Entry No. 32) and Quality Products Manufacture Co., Ltd. (which was named in Case No. 20-CV-7894) appeared but did not oppose Plaintiff's requested relief.  The Court granted the motions as to all remaining Defendants (except Defendant GHH11 STORE, in Case No. 20-CV-7894, which has not been served), and directed Plaintiff to file revised proposed written orders, with Notices of Presentment, on the public docket.

Plaintiff is hereby directed to file a status report by the earlier of (a) **January 15, 2020**, and (b) **fourteen (14) days** after the appearance of any Defendant in this action.

Plaintiff is directed to serve a copy of this Order on the remaining Defendants, and to file proof of such service.

SO ORDERED.

Dated: New York, New York
October 30, 2020

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge
