UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

OFF-WHITE LLC,

        Plaintiff,

  -v-                                      No. 20-CV-7892 LTS

ANOGAR-32, et al.,

        Defendants.

-------------------------------------------------------x

## ORDER

      For the reasons proffered in Plaintiff's memorandum of law dated November 6, 2020 (Docket Entry No. 40), and on the record during the telephonic show cause hearing conducted November 23, 2020, and for good cause shown, the preliminary injunction order dated November 15, 2020 (Docket Entry No. 42), is modified solely to the extent that the amount of the bond required to be posted by Plaintiff is hereby reduced to $10,000, effective immediately.

      SO ORDERED.

Dated: New York, New York
       November 23, 2020

                                                /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                                United States District Judge