UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

OFF-WHITE LLC,

        Plaintiff,

  -v-                                    No.  20-CV-7892  LTS

ANOGAR-32, et al.,

        Defendants.

-------------------------------------------------------x

## ORDER

In the Court's Order dated November 23, 2020 (Docket Entry No. 44), the Court modified the preliminary injunction order dated November 15, 2020 (Docket Entry No. 42), solely to the extent that the amount of the bond required to be posted by Plaintiff was reduced from $100,000 to $10,000.  The Court hereby instructs the Court's Registry to return the remaining $90,000 to:

        Counsel for Plaintiff Off-White LLC
        Epstein Drangel, LLP
        60 E 42nd Street, Suite 2520
        New York, NY 10165


        SO ORDERED.


Dated: New York, New York
       December 3, 2020

                                                               LAURA TAYLOR SWAIN
                                                               United States District Judge