UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

OFF-WHITE LLC,

       Plaintiff,

  -v-                                          No.  20-CV-7892  LTS

ANOGAR-32, et al.,

       Defendants.

-------------------------------------------------------x

OFF-WHITE LLC,

       Plaintiff,

  -v-                                          No.  20-CV-7894  LTS

BEIJING YINYU TRADING CO., LTD, et al.,

       Defendants.

-------------------------------------------------------x

ORDER

       The Court has received and reviewed Plaintiff's letter dated January 14, 2021, reporting that Plaintiff intends to file motions for default judgment as to the remaining defendants in the above-captioned actions by March 15, 2021.  Plaintiff is referred to subdivision A.2.d of the Individual Practices of Judge Laura Taylor Swain ("Individual Practices"), which provides that any party wishing to obtain a default judgment must first notify the Court by letter, copied to the parties against which a default judgment is to be sought and filed on the ECF system, of its desire to seek a default judgment.   In these cases, service of that letter may be effected through the electronic service mechanisms the Court approved for service of the summons and complaint.  (See Docket Entry No. 20 in Case No. 20-CV-8792; Docket Entry No.

21 in Case No. 20-CV-7894.)  Plaintiff's letter shall also specify the particular causes of action upon which Plaintiff intends to seek entry of a default judgment as to the relevant defendant. Plaintiff shall file its letter pursuant to Individual Practices Rule A.2.d by **February 26, 2021**.

SO ORDERED.

Dated: New York, New York
January 14, 2021

   /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge