UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

OFF-WHITE LLC,

       Plaintiff,

  -v-                                                No.  20-CV-7892  LTS

ANOGAR-32, et al.,

       Defendants.

----------------------------------------------------------x

OFF-WHITE LLC,

       Plaintiff,

  -v-                                                No.  20-CV-7894  LTS

BEIJING YINYU TRADING CO., LTD, et al.,

       Defendants.

----------------------------------------------------------x

## ORDER

       These matters having been commenced by the filing of complaints on September 24, 2020, and the defendants in each case having failed to interpose a timely answer to the complaint or otherwise move in this proceeding, and the plaintiff having sought permission to move for a default judgment, it is hereby

       ORDERED, that the plaintiff may make a motion for a default judgment in each of the above-captioned actions; and it is further

       ORDERED, that the plaintiff's motion in each action must be accompanied by evidence, in admissible form, of such facts as it would have proffered to meet its burden of proof on its direct case on the relevant counts had a trial been held in this action; and it is further

       ORDERED, that such motions for default judgment must be served on the defendants and must be accompanied by copies of the Clerk's Certificate and of proof of service

of the summons and complaint and the motion for default judgment as provided by the undersigned's Individual Practices Rules; and it is further

ORDERED, that said motions must be filed by **March 31, 2021**, and shall be briefed in accordance with the schedule set forth in Local Civil Rule 6.1 and will be taken on submission unless otherwise directed by the Court; and it is further

ORDERED, that plaintiff must serve a copy of this Order on defendants and file proof of such service within fourteen (14) days from the date hereof.

Dated: New York, New York
March 5, 2021

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge