Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
6 East 45th Street, 7th Floor
New York, NY 10017
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Off-White LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OFF-WHITE LLC,

*Plaintiff*

v.

ANOGAR-32, ARYYUD0, BCSE_PHONE_ACCESSORIES, BINTANRAHARJ_0, BORTOLO_DOMINGO, BROSHOPPING, BUDIAWASALI_0, CHUANGSHOU-STORE, DANYANG6 , DENGXIAOBIN1857, DIMAPRAYOG_83, EVITA.ESKELA, FANGGE06302 , FUNTHINK, GIFTSFROMPORTO , HASBER-13, HENRYLUCKMORGAN, HUOJIN4, ILISO07, ITAPAR_51, JANECHE-87, JASET-3745, JCONEJITA19851, KEANU._1, KELAL-11, LAUJOHN_16, LIGHTYNIGHT, LIZA.MARCHETTI, MILLIE-665, NIALL_MALIK , PR-MARKETING9305, RUSAN7376, SG8450048-3, SPENCER1870, STYLEYOURLIFE1, SUMAK-75, TOMMY95118, TOPSHOPPING-18, TY-2324, VACAH_96, XELZ88436, XINCHENGXIONGDI0727, YAUNER88, ZCLA63802 and ZHANGYONG1991,

*Defendants*

CIVIL CASE NO.
20-cv-7892 (LTS)
(SDA)

[PROPOSED]
ORDER FOR
RETURN OF
SECURITY BOND

The Court, having entered a final default judgment and permanent injunction and having directed the Clerk of Court to close this case, the Court hereby GRANTS Plaintiff's request for the return of the Ten Thousand U.S. Dollar ($10,000.00) security bond in this action.

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1) The Court releases the Ten Thousand U.S. Dollar ($10,000.00) security bond that Plaintiff submitted in connection with this action to counsel for Plaintiff, Epstein Drangel, LLP, 6 East 45th Street, 7th Floor, New York, NY.

**SO ORDERED.**

SIGNED this 30th day of March , 2026, at 12:45 p..m.

_____
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE